IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50287
Summary Calendar
_____

LEON GONZALEZ, JR.,

Plaintiff-Appellant,

versus

CITY OF SAN ANTONIO; JIM WELLS, Individually and in his Official
Capacity as a San Antonio Police Officer; SOUTHWEST BELL
TELEPHONE COMPANY; J.E. GREBER, Individually and in his Official
Capacity as Administrator of Southwestern Bell Telephone Company,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 97-50287
- - - - - - - - - -
November 3, 1997

Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Leon Gonzalez, Jr., appeals the dismissal, without prejudice, for failure to state a claim of his wrongful-termination lawsuit. He contends that the district court erred in refusing to remand the case to state court and in dismissing his complaint.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the briefs and the record and find no error.  Gonzalez's claims were preempted by § 301 of the Labor Management Relations Act, 29 U.S.C. § 185.  <u>See</u>, <u>e.g.</u>, <u>Thomas v. LTV Corp.</u>, 39 F.3d 611, 616 (5th Cir. 1994).  Because he failed to exhaust his contractual remedies prior to instituting this lawsuit, dismissal without prejudice was appropriate.  <u>Allis-Chalmers Corp. v. Lueck</u>, 471 U.S. 202, 204 n.1, 220-21 (1985).

AFFIRMED.